[No. 10589–6–II.   Division Two.   November 21, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. RONALD KURT MCKNIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 86–1–01029–9, Thomas A. Swayze, Jr., J., entered December 1, 1986. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.

[No. 11148–9–II.   Division Two.   November 21, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. ROY EMERY LONG, *Appellant.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 86–1–00447–2, Alan R. Hallowell, J., entered June 15, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Petrich, J.

[No. 11166–7–II.   Division Two.   November 21, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM J. OSBORNE, *Appellant.*

Appeal from a judgment of the Superior Court for Thurston County, No. 86–1–00245–0, Daniel J. Berschauer, J., entered June 24, 1987. *Affirmed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Alexander, A.C.J., and Worswick, J.